Priority
Send
Enter
Closed
JS-6
JS-2/JS-3
Scan Only

**ORIGINAL**

LODGED CLERK, U.S. DISTRICT COURT
MAY 16 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED CLERK, U.S DISTRICT COURT
MAY 17 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

ENTERED CLERK, U.S. DISTRICT COURT
MAY 23 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARTIN E. SANDERS, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> DANA FARBER CANCER INSTITUTE, INC.; BIOGEN, INC.; TIMOTHY A. SPRINGER AND MICHAEL L. DUSTIN, <br><br> Defendants. | CASE NO. CV 02-4158 TJH (FMOx) <br><br> [*QUI TAM* PLAINTIFF'S [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE <br><br> **ORIGINAL** |

Upon the *qui tam* plaintiff's notice of voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730 (b)(1), with the consent of the United States,

IT IS HEREBY ORDERED that the court consents to the dismissal of the action and dismisses the action without prejudice, and that <u>the seal be lifted</u> on the Complaint, the Request for Dismissal and this Order dismissing the case, but that all of the other contents of the court's file remain under seal..

Dated: 5/17/05

_____
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

37